No. 87–718. DUGGER, SECRETARY, FLORIDA OF CORRECTIONS v. CHRISTOPHER. C. A. 11th Cir. Motion of respondent for

leave to proceed *in forma pauperis* granted.   Certiorari denied.